UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>    v.<br><br>DEMITRIOUS GRUBBS, et al.,<br><br>    Defendants. | No. 2:23-cv-2770 DJC CSK P<br><br>ORDER |

Pending before the court is defendant's motion to opt out of the Post-Screening ADR Project. (ECF No. 22.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the Post-Screening ADR Project (ECF No. 22) is granted; the stay in this action is lifted; and
2. Defendant shall file a response to plaintiff's complaint within thirty days of the date of this order.

Dated: May 15, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Hamm2770.opt

2

1