UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN HAMMLER,

        Plaintiff,

   v.

DEMITRIOUS GRUBBS, et al.,

        Defendants.

No. 2:23-cv-2770-DJC-CSK P

ORDER

        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 27, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

        The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's

1 | analysis.  While the Court has already dismissed the claims for injunctive relief as moot
2 | (ECF No. 39), the Court will adopt these Findings and Recommendations to ensure
3 | clarity on the docket.
4 |     Accordingly, IT IS HEREBY ORDERED that:
5 |     1.  The findings and recommendations (ECF No. 28) are adopted in full; and
6 |     2.  Plaintiff's motion for a preliminary injunction and temporary restraining order
7 | (ECF No. 27) is denied; and
8 |     3.  This matter is referred back to the assigned Magistrate Judge for all further
9 | pretrial proceedings.

IT IS SO ORDERED.

Dated:  **February 21, 2025**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/hamm23cv2770.801

2