UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | No. 2:23-cv-2770 DJC CSK P |
| Plaintiff, | |
| v. | ORDER |
| DEMITRIOUS GRUBBS, | |
| Defendant. | |

Plaintiff filed a motion for extension of time to file an opposition to defendant's motion to dismiss filed on April 14, 2025. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 45) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendant's motion to dismiss.

Dated: June 5, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

hamm2770.36(2)/2